1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue,10th Floor
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7241
6      Facsimile:    (415) 436-6748

7  Attorneys for The United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 DAVID ALLEN,                     )    No. C 05-4767 CRB
                                    )    **E-FILING CASE**
12                Plaintiff,        )
                                    )
13        v.                        )    [~~PROPOSED~~] **ORDER GRANTING**
                                    )    **REQUEST FOR TELEPHONIC**
14 U.S. DEPARTMENT OF VETERANS      )    **APPEARANCE**
   AFFAIRS et al.,                  )
15                                  )    Date:  Friday, June 9, 2006
                  Defendants.       )    Time:  8:30am
16 _____ )    Ctrm:  8, 19th Floor

17

18      Per the parties' agreement and for good cause shown, plaintiff David Allen's request to

19 appear at the June 9, 2006 case management conference by telephone is GRANTED.

20      SO ORDERED.

21 Dated:  June 12, 2006

                                         _____
                                         IT IS SO ORDERED
                                         Judge Charles R. Breyer