ORIGINAL

1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7241
6      Facsimile:   (415) 436-6748
       Email:       owen.martikan@usdoj.gov
7
   Attorneys for The United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   DAVID ALLEN,                    )   No. C 05-4767 CRB
12                                 )
                   Plaintiff,      )
13                                 )
         v.                        )
14                                 )   **STIPULATED DISMISSAL WITH**
   DEPARTMENT OF VETERANS          )   **PREJUDICE**
15 AFFAIRS et al.,                 )
                                   )
16                 Defendants.     )
                                   )
17

18     The parties hereby stipulate that this case shall be DISMISSED WITH PREJUDICE in its
19 entirety, with both parties to bear their own fees and costs.
20 DATED: August 7, 2006                     Respectfully submitted,
21                                           KEVIN V. RYAN
                                             United States Attorney
22
23
24                                           OWEN P. MARTIKAN
                                             Assistant United States Attorney
25                                           Attorneys for Defendants
26
   DATED:
27    August 16 IS SO ORDERED
28                                           DAVID W. ALLEN
                                             Plaintiff pro se

                        CHARLES R. BREYER
                        UNITED STATES DISTRICT JUDGE
                        Aug 18, 2006
                              DATE